A TRUE COPY I CERTIFY
James W. McCormack
Clerk
By: /s/ Martha Fugate, D.C.

CLOSED, JTR, JURY

**U.S. District Court**
**Eastern District of Arkansas (Little Rock)**
**CIVIL DOCKET FOR CASE #: 4:08-cv-00283-WRW**
**Internal Use Only**

Johnson et al v. Davol Inc et al
Assigned to: Judge William R. Wilson, Jr
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/04/2008
Date Terminated: 06/10/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Anna Johnson** represented by **M. Edward Morgan**
Morgan Law Firm, P.A.
264 Court Street
Clinton, AR 72031
(501) 745-4044
Fax: (501) 745-5358
Email: eddie@medwardmorgan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bennie Johnson**
*her husband*
represented by **M. Edward Morgan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**
*a Rhode Island corporation*
represented by **Lyn Peeples Pruitt**
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. - LR
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201
(501) 688-8869
Email: lpruitt@mwsgw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **C R Bard Inc**<br>*a New Jersey corporation* | represented by | **Lyn Peeples Pruitt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2008 | 1 | COMPLAINT with Jury Demand against Davol Inc, C R Bard Inc (Filing fee $ 350.00, receipt #LIT011133), filed by Anna Johnson, Bennie Johnson, summonses issued and returned to attorney (jap) (Entered: 04/07/2008) |
| 04/04/2008 | | (Court only) ***Set Flags re magistrate, jury (jap) (Entered: 04/07/2008) |
| 04/22/2008 | 2 | AFFIDAVIT of Service of Summons and Complaint *on C. R. Bard, Inc.*, filed by Anna Johnson, Bennie Johnson. C R Bard Inc served on 4/16/2008. (Attachments: # 1 Summons issued to Bard)(Morgan, M.) (Entered: 04/22/2008) |
| 04/22/2008 | 3 | AFFIDAVIT of Service of Summons and complaint *on Davol, Inc.*, filed by Anna Johnson, Bennie Johnson. Davol Inc served on 4/16/2008. (Attachments: # 1 Summons on Davol, Inc.)(Morgan, M.) (Entered: 04/22/2008) |
| 05/02/2008 | 4 | *Answer and Affirmative Defenses* ANSWER to 1 Complaint with Jury Demand by Davol Inc, C R Bard Inc.(Pruitt, Lyn) (Entered: 05/02/2008) |
| 05/05/2008 | 5 | INITIAL SCHEDULING ORDER (DOC): Rule 26(f) Conference to occur by 7/11/2008; Rule 26(f) Report due by 7/25/2008; Jury Trial set for 7/21/2009 at 9:00 AM in Little Rock Courtroom #4C before Judge William R. Wilson Jr. (maj) (Entered: 05/05/2008) |
| 05/13/2008 | 6 | ORDER OF REASSIGNMENT. Case reference reassigned to Magistrate Judge J. Thomas Ray. Signed at the Direction of the Court on 5/13/2008. (bkp) (Entered: 05/13/2008) |
| 05/13/2008 | | (Court only) ***Set/Clear Flags (bkp) (Entered: 05/13/2008) |
| 06/10/2008 | | (Court only) ***Civil Case Terminated pursuant to Conditional Transfer Order (CTO-19) directing transfer of this case to the District of Rhode Island to become part of MDL No. 1842. (mkf) (Entered: 06/10/2008) |
| 06/10/2008 | 7 | CONDITIONAL TRANSFER ORDER (CTO-19) directing transfer of this case to District of Rhode Island to become part of MDL No. 1842. Signed by Judge William R. Wilson, Jr on 6/10/08. (mkf) (Entered: 06/10/2008) |